UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALAN PRESSWOOD, D.C., P.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15-CV-536-CEJ |
| | ) | |
| KABERLINE HEALTHCARE | ) | |
| INFORMATICS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

The plaintiff having filed a notice and amended notice of voluntary dismissal,

and in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that this action is **dismissed without prejudice**

as to defendants John Does 1–10.

**IT IS FURTHER ORDERED** that this action is **dismissed with prejudice** as

to defendant Kaberline Healthcare Informatics, Inc.

The parties shall bear their own costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 1st day of June, 2015.